# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IVAN DANIEL OLIVARES MORALES,

    Petitioner,

vs.

ATTORNEY GENERAL OF THE STATE OF NEVADA,

    Respondents.

Case No. 2:15-cv-01301-RFB-NJK

**ORDER**

    Petitioner having submitted a notice that he wishes to withdraw his petition for a writ of habeas corpus, and good cause appearing;

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that no certificate of appealability shall issue.

    DATED: August 12, 2015.

    _____
    RICHARD F. BOULWARE, II
    United States District Judge